# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIHALOVIC,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY OF TURLOCK, et al.,<br><br>             Defendants. | Case No. 1:17-cv-01742-LJO-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 13) |

On May 8, 2018, the Court issued a scheduling order in this matter setting the trial date and associated pretrial deadlines in this matter. (ECF No. 11.) On July 31, 2019, the parties filed a stipulation requesting the non-expert discovery cutoff in this matter be extended for a period less than thirty days. (ECF No. 13.)

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the May 8, 2018 scheduling order (ECF No. 11) is amended as follows:

1. Non-Expert Discovery Cutoff: September 2, 2019;

2. All other dates and aspects of the May 8, 2018 scheduling order shall remain in effect; and

///
///
///
///

3. The parties are advised that no further modifications to the scheduling order will be granted absent a showing of good cause. However, the parties are free to contact Courtroom Clerk Mamie Hernandez for an informal discussion with the Court should additional amendments to the scheduling order need to be made.

IT IS SO ORDERED.

Dated: __**August 6, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE