# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIHALOVIC,<br><br>        Plaintiffs,<br>    v.<br>CITY OF TURLOCK, *et al*.<br><br>        Defendants. | **CASE NO. 1:17-CV-01742 LJO SAB**<br><br>**ORDER re STIPULATION TO MAGISTRATE JUDGE BOONE FOR SETTLEMENT CONFERENCE ONLY** |

Pursuant to the parties having stipulated to Magistrate Judge Boone for purposes of a Settlement Conference,

IT IS SO ORDERED:

1. A Settlement Conference is now set for October 1, 2020, at 9:30 a.m.
2. The filed Stipulation is for purposes of the settlement conference only and does not constitute stipulation by the parties to magistrate judge jurisdiction for trial or for all other purposes designated to an assigned district judge.

IT IS SO ORDERED.

Dated:   **September 21, 2020**                               _____
                                                              UNITED STATES MAGISTRATE JUDGE