# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIHALOVIC,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF TURLOCK, et al.,<br><br>         Defendants. | Case No. 1:17-cv-01742-NONE-SAB<br><br>ORDER REQUIRING DEFENDANT TO PROVIDE CONFIDENTIAL SETTLEMENT STATEMENT<br><br>DEADLINE: 4:30 P.M. |

On September 21, 2020, the parties stipulated to a settlement conference before the undersigned and a settlement conference was set for October 1, 2020. (ECF No. 35.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date. The Court has timely received the confidential statement from Defendant City of Turlock, however no statement has been received from Plaintiff Travis Mihalovic.

This Court spends considerable time preparing for a settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Plaintiff is HEREBY ORDERED to provide a confidential settlement statement to the

1

Court by 4:30 p.m. today. The failure to provide the settlement statement in compliance with this order will result in the settlement conference being vacated.

IT IS SO ORDERED.

Dated: **September 28, 2020**

UNITED STATES MAGISTRATE JUDGE