# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIHALOVIC,<br><br>    Plaintiff,<br><br>    v<br><br>CITY OF TURLOCK, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01742-NONE-SAB<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN FORTY-FIVE DAYS |

This action was filed on December 21, 2017. On October 1, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached an agreement to settle this action.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:    **October 1, 2020**

UNITED STATES MAGISTRATE JUDGE

1