# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS MIHALOVIC,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF TURLOCK, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01742-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 40) |

      Plaintiffs filed this action on December 21, 2017. (ECF No. 1.) On October 1, 2020, the parties attended a settlement conference before the undersigned, and the parties reached a settlement. (ECF No. 38.) On November 23, 2020, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 40.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to this case for the purpose of closing the case and then to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: __**November 23, 2020**__

UNITED STATES MAGISTRATE JUDGE

2